12908

DUPRE v. GILLAND

(152 S. E., 873)

*Mr. D. Gordon Baker* for appellant,

*Mr. Sam J. Royall* for respondent,

April 25, 1930.

The opinion of the Court was delivered by MR. JUSTICE COTHRAN.

For the reasons stated by the trial Judge, which are entirely satisfactory to this Court, the order appealed from is affirmed.

MR. CHIEF JUSTICE WATTS and MESSRS. JUSTICES BLEASE, STABLER and CARTER concur.